

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00302-CV

_____

IN RE PATHOM MANDANE DANIELS, Relator

Original Proceeding
Criminal District Court No. 3 of Tarrant County, Texas
Trial Court Nos. 1825688 and 1848224

Before Kerr, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion to stay all trial proceedings and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion to stay all trial proceedings are denied.

Per Curiam

Delivered: May 12, 2026